

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00159-CR

Juan **ORTIZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 18-08-137-CRW-A
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 21, 2023.

Luz Elena D. Chapa, Justice